# United States District Court
# For The Western District of North Carolina
# Asheville Division

Dennis Roger VanDyke,

    Plaintiff(s),

vs.

R.J. Davis, Deputy Patrol Officer, etl al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:12-cv-151

DECISION BY COURT.  This action having come before the Court by Order` and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/3/12 Order.

Signed: July 3, 2012

Frank G. Johns, Clerk
United States District Court